JS-6

FILED
CLERK, U.S. DISTRICT COURT
DEC 19, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE W. BAKER, | Case No. 2:17-cv-02019 VAP (JEMx) |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| RICHARD JAMES ROMERO, et al, | |
| Defendants. | |

The Court having been advised by counsel for the parties that the above-entitled action has settled,

**IT IS ORDERED** that this action be, and hereby is, dismissed in its entirety without prejudice.

THE COURT to retain jurisdiction for a period of **forty-five (45) days** to enforce the terms of the settlement. All hearing dates are **vacated.**

Dated: December 19, 2017

VIRGINIA A. PHILLIPS
Chief United States District Judge

s:\vap\crd's forms\3-ord-dism settled.frm