**BRYAN CAVE LLP**
Jonathan G. Fetterly (SBN 228612)
*jon.fetterly@bryancave.com*
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434

Colin D. Dailey (SBN 293942)
*colin.dailey@bryancave.com*
120 Broadway, Suite 300
Santa Monica, CA  90401
Telephone:   (310) 576-2100
Facsimile:   (310) 576-2200

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE W. BAKER,<br><br>             Plaintiff,<br><br>       vs.<br><br>UNITED RECOVERY, INC. dba RECOVERY MANAGEMENT, U.S. BANK, N.A., and DOES 1 through 10 inclusive<br><br>             Defendants. | Case No. 2:17-CV-2019-VAP(JEMx)<br><br>Hon. Virginia A. Phillips<br><br>**JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED.R.CIV.P.41(a)(1)(A)(ii)**<br><br>Complaint Filed:   March 14, 2017<br>Trial Date:             March 13, 2018 |

11293988

JOINT STIPULATION FOR DISMISSAL

**IT IS HEREBY STIPULATED** by and between all parties that have appeared in this action that the entire action, including Plaintiff's Complaint and U.S. Bank's Counterclaim, is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees in this action.

Dated: February 6, 2018     **BRYAN CAVE LLP**

By:  */s/ Colin D. Dailey*
    Colin D. Dailey*
Attorneys for Defendant
U.S. Bank National Association

Dated: February 6, 2018     **TRUEBLOOD LAW FIRM**

By:  */s/ Alexander B. Trueblood*
    Alexander B. Trueblood
Attorneys for Plaintiff
George W. Baker

Dated: February 6, 2018     **MANNING LEAVER BRUDER AND BERBERICH**

By:  */s/ Daniel F. Berberich*
    Daniel F. Berberich
Attorneys for Defendant
United Recovery, Inc. dba Recovery Management

### *SIGNATURE CERTIFICATION

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to all counsel, and that I have obtained authorization to affix their electronic signatures to this document.